[Nos. 28841-9-II; 29468-1-II. Division Two. March 2, 2004.]

JOYCE A. HATLEY, *Respondent*, v. SCOTT ROBERTS, ET AL., *Defendants*, ROBERT MALLON, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 00-2-00762-7, F. Mark McCauley, J., entered May 17, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 29243-2-II. Division Two. March 2, 2004.]

BOBBY RAIFORD, *Appellant*, v. THE OFFICE OF ADMINISTRATOR FOR THE COURTS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-00124-6, Richard A. Strophy, J., entered August 22, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 29631-4-II. Division Two. March 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY HAMPTON ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00645-9, Jay B. Roof and M. Karlynn Haberly, JJ., entered November 15, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.